B1 (Official Form 1) (04/13)

**United States Bankruptcy Court**
**Northern District of Illinois**

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): Frakes, Bradley W | Name of Joint Debtor (Spouse) (Last, First, Middle): Frakes, Summer J. |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): N/A | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): Young, Summer J. |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 3861 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 4275 |
| Street Address of Debtor (No. and Street, City, and State): 345 Mill Street Batavia, IL. ZIP CODE 60510 | Street Address of Joint Debtor (No. and Street, City, and State): 345 Mill Street Batavia, IL. ZIP CODE 60510 |
| County of Residence or of the Principal Place of Business: Kane | County of Residence or of the Principal Place of Business: Kane |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 21 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP - SW

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Frakes, Bradley W. and Summer J. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: N/A | Date Filed: |
|---|---|---|
| Location Where Filed: N/A | Case Number: N/A | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: N/A | Case Number: N/A | Date Filed: |
|---|---|---|
| District: N/A | Relationship: N/A | Judge: N/A |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>(This page must be completed and filed in every case.) | Name of Debtor(s):<br>Frakes, Bradley W. and Summer J. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

630-863-5807
Telephone Number (if not represented by attorney)

3/21/2014
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re____Frakes, Bradley W.____          Case No._____
           Debtor                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Case 14-10284    Doc 1    Filed 03/21/14    Entered 03/21/14 13:52:50    Desc Main
Document      Page 5 of 16

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                             Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____
Date: 3/21/2014

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re   Frakes, Summer J.                               Case No._____
              Debtor                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                              Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *[signature]*
Date: 3-21-14

All Kids & Family Care
P.O. Box 19121
Springfield, IL 62794-9121

APS
P.O. Box 53933
Mail Station 3209
Phoenix, AZ 85072

Arnold Scott Harris
222 Merchandise Mart Plz.
Suite 1932
Chicago, IL 60654

Associated WE CARE Department
1305 Main Street
MS 7722
Stevens Point, WI 54481-0327

Associates in Psychiatry & Counsuling
2050 Larkin Ave.
Suite 202
Elgin, IL 60123

AT&T
Bankruptcy Department
P.O. Box 769
Arlington, TX 76004

AT&T
c/o Bankruptcy
1801 Valley View Lane
Farmers Branch, TX 75234

AT&T
Attn: Bankruptcy Department
P.O. Box 309
Portland, OR 97207-0309

Bank of America
P.O. Box 15168
Wilmington, DE 19850-5168

Biehl & Biehl
P.O. Box 87410
Carol Stream, IL 60197-6416

Bruck Law Offices
322 East Michigan Street
Milwaukee, WI 53202

Bureau of Medical Economics
P.O. Box 20247
Phoenix, AZ 85036-0247

Cadence Health
25 N. Winfield Road
Winfield, IL 60190-1222

Cadence Health
P.O. Box 4090
Carol Stream, IL 60197-4090

Capitol One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Financial Corporation
1680 Capital One Drive
McLean, VA 22102

CB Accounts Inc.
124 S.W. Adams Street
Suite 215
Peoria, IL 61602

Charter Communications
400 Atlantic Street
Stamford, CT 06901

Certified Services Inc.
P.O. Box 177
Waukegan, IL 60079-0177

Comcast
P.O. Box 3005
Southeastern, PA 19398-3005

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Contract Callers Inc.
1058 Claussen Road
Suite 110
Augusta, GA 30917

Convergent Outsourcing
P.O. Box 9004
Renton, WA 98057

Credit Management LP
4200 International Pkwy.
Carrollton, TX 75007-1912

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit Protection Associates
13355 Noel Road
Suite 2100
Dallas, TX 75240

Creditors Collection
P.O. Box 63
Kankakee, IL 60901-0063

Delnor Community Hospital
P.O. Box 4090
Carol Stream, IL 60197-4090

Delnor Express Care
815 N. Randall Road
Batavia, IL 60510

Dennis A. Brebner & Associates
860 Northpoint Blvd.
Waukegan, IL 60085-8211

DIRECTV Customer Service
P.O. Box 6550
Greenwood Village, CO 80155-6550

Dreyer Medical Group, Ltd.
P.O. Box 105173
Atlanta, GA 30348-5173

Elgin Laboratory Physicians
175. S. Lincoln Ave
#1515
Addison, IL 60101-2870

Fairview Dental
541 W. Sullivan Road
Aurora, IL 60506

Fifth Third Bank - Legal Dept
38 Fountain Square Plaza
MD10AT76
Cincinnati, OH 45202

GM Financial
Attn: Bankruptcy Dept.
P.O. Box 183853
Arlington, TX 76096

Grand Victoria Casino
250 South Grove Avenue
Elgin, IL 60120

Gogek, Edward M.D.
315 S Cortez Street
Prescott, AZ 86303

Harris & Harris
111 W. Jackson Blvd.
Suite 400
Chicago, IL 60604

H&R Accounts
7017 John Deere Pkwy.
Moline, IL 61265-8072

HSBC Bank Neveda NA
Attn: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197

Illinois Collection Service Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110

Illinois Tollway Authority
2700 Ogden Ave.
Downers Grove, IL 60515

J R Brothers Finance
10000 N. 31st Ave.
Suite D 200
Phoenix, AZ 85051

Kane Anesthesia Assoc
34536 Eagle Way
Chicago, IL 60678

Kane Law Magistrate Court
540 S. Randall Road
Geneva, IL 60134

Laboratory Physicians LLC.
P.O. Box 10200
Peoria, IL 61612-0200

Laing Management
701 Lucinda Ave.
DeKalb, IL 60115

Malcolm S. Gerald & Associates, Inc.
332 S. Michigan Ave.
Suite 600
Chicago, IL 60604-4318

Mediacom
Attn: Customer Service Department
100 Crystal Run Road
Middletown, NY 10941

Medical Services of Prescott
1003 Willow Creek Road
Prescott, AZ 86301

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123

Millennium Credit Consultants
P.O. Box 18160
West St Paul, MN 55118-0160

Milwaukee Circuit Court
901 N. 9th Street
Milwaukee, WI 53233

Mueller Goss & Possi
744 N. 4th Street
Suite 600
Milwaukee, WI 53203

Municpal Collections
3348 Ridge Road
Lansing, IL 60438

National Credit Audit Corp.
12770 Coit Road
#1000
Dallas, TX 75251-1336

NCO Financial Systems, Inc.
P.O. Box 15630
Dept 02
Wilmington, DE 19850

Nicor Gas
Attention: Bankruptcy & Collections
P.O. Box 549
Aurora, IL 60507

Northland Group Inc.
P.O. Box 390846
Edina, MN 55439

Northwest Collecters Inc.
3601 Algonquin Road
Suite 232
Rolling Meadows, IL 60008

Old Second National Bank
37 S. River Street
Aurora, IL 60506-4173

Oshkosh Collection & Recovery
P.O. Box 160
Oshkosh, WI 54902

Pleasant Valley Vet Clinic
2151 Pleasant Valley Road
West Bend, WI 53095

Prairie Point Obstetrics & Gynecology, LTD
1675 Bethany Road
Suite C
Sycamore, IL 60178

Professional Placement Services LLC.
P.O. Box 612
Milwaukee, WI 53201-0612

R&B Receivables Management
860 S. Northpoint Blvd.
Waukegan, IL 60085

Resurgent Capital Services
P.O. Box 15087
Greenville, SC 29603

Schmitz, Thomas & Nancy
606 Franklin Street
Batavia, IL 60510-2142

Schuhow, Dave & Kim
248 N Jackson Street
Batavia, IL 60510

Sprint
P.O. Box 4600
Reston, VA 20195

State Collection Service
P.O. Box 6250
Madison, WI 53701

Sunbank Arizona
1111 Main Street
Suite 200
Kanas City, MO 64105

SW Credit Systems
4120 International Pkwy.
Suite 1100
Carrollton, TX 75007

TCF Financial Corporation
200 Lake Street East
Wayzata, MN 55391-1693

Thunderbirds Collections
3200 N. Hayden Road
Suite 110
Scottsdale, AZ 85251

TRI City Radiology
9410 Compubill Drive
Orland Park, IL 60462

Trident Asset Management
5755 N. Point Pkwy.
Suite 12
Alpharetta, GA 30022

Truemper & Titiner Limited
1700 N. Farnsworth Ave.
Aurora, IL 60505

UNS Gas Inc
1710 N Mastick Way
Nogales, AZ 85621

US Bank NA
Attn: Bankruptcy/Recovery Dept
P.O. Box 5229
Cincinnati, OH 45201

V.A.S.C. Anesthesia
2320 Dean Street
Suite 103
St Charles, IL 60175-1068

Valley Ambulatory Surgery Center
2210 Dean Street
St Charles, IL 60175

Valley Emergency Care Management
P.O. Box 9637
Daytona Beach, FL 32120-9367

Verizon Wireless Bankruptcy Admin
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

Washington County Clerk of Court
432 E Washington Street
West Bend, WI 53095

Waste Management
2625 Grandview Road
Phoenix, AZ 85023

We Energies
P. O. Box 2046
Milwaukee, WI 53201-2046

Well Spring Family Physicians, LLC
1049 E. Wilson Street
Suite 160B
Batavia, IL 60510

West Bend Mutual Insurance Co
1900 S. 18th Avenue
West Bend, WI 53095

Westgate Family Medicine
2015 Dean Street
#2
St Charles, IL 60174

Wiegand Enterprises, LLC
624 N. 24th Street
Milwaukee, WI 53233

Woodforest Bank
P.O. Box 7889
The Woodlands, TX 77387-7889

World Recovery
5224 W. SR 46
A331
Sanford, FL 32711

Yavapai Regional Medical Center
1003 Willow Creek Road
Prescott, AZ 86301